UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| STACY OWEN, | No. C 13-03507 MEJ |
| Plaintiff, | **ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |
| v. | |
| METROPOLITAN LIFE INSURANCE CO, | |
| Defendant. | |

This matter is set for an initial Case Management Conference on October 31, 2013. Dkt. No. 2. On October 24, 2013, Plaintiff filed her CMC Statement indicating that Defendant has not responded to her Complaint. Plaintiff indicates that if Defendant does not respond, she will move for entry of default. Accordingly, the Court continues the initial CMC to January 9, 2014. The parties joint CMC statement shall be due January 2, 2014.

**IT IS SO ORDERED.**

Dated: October 28, 2013

_____
Maria-Elena James
United States Magistrate Judge