SEDGWICK LLP
REBECCA A. HULL (Bar No. 99802)
rebecca.hull@sedgwicklaw.com
MARK J. HANCOCK (Bar No. 160662)
mark.hancock@sedgwicklaw.com
333 Bush Street, 30th Floor
San Francisco, CA 94104
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACY OWEN,<br><br>                    Plaintiff,<br><br>    v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>                    Defendant. | Case No.: CV 13-3507 WHO<br><br>STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE |

IT IS HEREBY STIPULATED by and between the parties to this action that the above-captioned action be and hereby is dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and that each party shall bear his or its own costs and attorneys' fees.

IT IS SO STIPULATED.

DATED: June 30, 2014          PATRICK T. GALLIGAN, ATTORNEY AT LAW

                              By: */s/Patrick T. Galligan (as authorized 6/30/14)*
                                  Patrick T. Galligan
                                  Attorneys for Plaintiff


DATED: June 30, 2014          SEDGWICK LLP

                              By: */s/ Mark J. Hancock*
                                  Rebecca A. Hull
                                  Mark J. Hancock
                                  Attorneys for Defendant

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: July 1, 2014



UNITED STATES DISTRICT COURT JUDGE